UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NUMBER:  1:11CV-00010-M

DAVID SHOLAN                                                                                             PLAINTIFF

V.

MICHAEL ASTRUE,
*Commissioner of Social Security*                                                           DEFENDANT

## ORDER

The Magistrate Judge has filed his Report and Recommendation and no objections have been filed thereto and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Court adopts the Magistrate Judge's Report and its findings and conclusions are incorporated by reference herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner is **affirmed** and the Plaintiff's complaint is **dismissed**.


Copies to:  Counsel of record