UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NUMBER: 1:11CV-00010-M

DAVID SHOLAN                                                                                    PLAINTIFF

V.

MICHAEL ASTRUE,
*Commissioner of Social Security*                                              DEFENDANT

## JUDGMENT

For the reasons set forth in the accompanying Order and the Magistrate Judge's Report and Recommendation, the final decision of the Commissioner is **affirmed** and the Plaintiff's complaint is **dismissed**.

This is a final judgment and there is no just cause for delay in its entry.

Copies to:  Counsel of record